1

2

3                                              United States District Court
                                              Northern District of California
4

5

6    UNITED STATES OF AMERICA,                      Case No.: 13-05107-JSW (KAW)

7            Plaintiff,                              REPORT AND RECOMMENDATION TO
                                                    DENY PLAINTIFF'S MOTION FOR
8        v.                                         DEFAULT JUDGMENT WITHOUT
                                                    PREJUDICE, DISMISS THE COMPLAINT
     APPROXIMATELY $22,520 IN UNITED                WITHOUT PREJUDICE, AND GRANT
9    STATES CURRENCY,                               LEAVE TO AMEND THE COMPLAINT

10           Defendant.

11

12           In this *in rem* forfeiture action, Plaintiff, United States, moves for default judgment

13   against Defendant, Approximately $22,520 in United States Currency, pursuant to 21 U.S.C. §

14   881(a)(6).  The Government's motion follows an entry of default by the clerk on January 30,

15   2014.  To date, no formal claims or answers have been filed in this action.  The motion for default

16   judgment was referred to the undersigned for report and recommendation.

17           On March 18, 2014, the Court ordered the Government to provide supplemental briefing

18   on whether the verification accompanying the complaint is fatally defective under California

19   Code of Civil Procedure sections 446 and 2015.5 for failure to specify the place the declaration

20   was executed within the State of California.  (Dkt. No. 18.)

21           On April 1, 2014, the Government filed a supplemental brief requesting permission to file

22   an amended complaint for forfeiture to correct the fatal verification. (Gov't's Resp., Dkt. No. 19

23   at 1; Proposed Am. Compl., Dkt. No. 19, Ex. A.)  The Government also asserted that "[u]pon

24   filing of this Amended Complaint, the United States contends that the issue raised by the Court is

25   moot and thus asks this Court to resolve the pending motion for default without oral argument."

26   (Gov't's Resp. at 1-2.)

27           "When a party fails to properly verify a complaint, the appropriate procedure is for the

28   district court to dismiss the complaint without prejudice" and to allow the defective verification to

United States District Court
Northern District of California

1    be corrected by amendment. *United States v. $84,740.00 U.S. Currency*, 900 F.2d at 1406 (citing

2    *United States v. $38,000.00 Dollars in U.S. Currency*, 816 F.2d 1538, 1547-49 (11th Cir. 1987)).

3    　　　Thus, since the original complaint is fatally defective because it was not properly verified,

4    the Government cannot simply file an amended complaint without complying with all forfeiture

5    requirements—including service of the amended complaint on the known, potential claimants—

6    and have the Court grant its pending motion for default judgment.  *See* Fed. R. Civ. P. Supp

7    Admir. Mar. Cl.  G(2)-(4).  To the contrary, the pending motion for default judgment pertains to

8    the initial complaint and, therefore, must be denied.  The Government may, however, refile a

9    subsequent motion for default judgment after it fully complies with all of the statutory

10   requirements for forfeiture *in rem*.

11   　　　Accordingly, the Court recommends that the Government's motion for default judgment

12   be DENIED WITHOUT PREJUDICE, that the complaint be DISMISSED WITHOUT

13   PREJUDICE, and that the Government's request to file its amended complaint be GRANTED.

14   　　　Any party may file objections to this report and recommendation with the District Judge

15   within 14 days of service. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.  The

16   parties are advised that failure to file objections within the specified time may waive the right to

17   appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-

18   5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

19   　　　IT IS SO RECOMMENDED.

20   Dated: April 2, 2014

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

21

22

23

24

25

26

27

28

2