IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 13-05107 JSW |
| v. | |
| $22,520 IN UNITED STATES CURRENCY, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Kandis Westmore, in which she recommends that the Court deny without prejudice the Government's motion for default judgment, dismiss the complaint, and grant the Government's request to file an amended complaint. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Government's motion for default judgment is denied without prejudice, the original complaint is dismissed, and the amended complaint filed on April 2, 2014 is the

operative complaint in this matter.

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE