UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$22,520 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant. | Case No. 13-cv-05107-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING AMENDED MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 32, 37 |

　　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Amended Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that the Amended Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

　　　　**IT IS SO ORDERED.**

Dated: December 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge